

# Fourth Court of Appeals
## San Antonio, Texas

April 22, 2015

No. 04-14-00655-CV

Ivarene and Victor **HOSEK**,
Appellants

v.

Rosale **SCOTT**,
Appellee

From the 81st Judicial District Court, Atascosa County, Texas
Trial Court No. 13-06-0559-CVA
Honorable Fred Shannon, Judge Presiding

## O R D E R

The Appellee's Unopposed Motion for Extension of Time to File Brief is GRANTED. The appellee's brief is due on April 28, 2015.

_____
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of April, 2015.

_____
Keith E. Hottle
Clerk of Court